# **EXHIBIT 1**

For assistance with TSDR, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See current trademark processing wait times for more information.

**STATUS** | DOCUMENTS

Back to Search | Print

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2021-08-21 17:49:18 EDT |
| Mark: | KISS SHOUT IT OUT CHARDONNAY |

# KISS SHOUT IT OUT CHARDONNAY

| | | | |
|---|---|---|---|
| US Serial Number: | 86179583 | Application Filing Date: | Jan. 30, 2014 |
| Filed as TEAS Plus: | Yes | Currently TEAS Plus: | Yes |
| Register: | Principal | | |
| Mark Type: | Trademark | | |
| TM5 Common Status Descriptor: | | DEAD/APPLICATION/Refused/Dismissed or Invalidated This trademark application was refused, dismissed, or invalidated by the O and this application is no longer active. | |
| Status: | Abandoned because no Statement of Use or Extension Request timely filed after Notice of Allowance was issued. To view in this file, click on the Trademark Document Retrieval link at the top of this page. | | |
| Status Date: | Apr. 16, 2018 | | |
| Publication Date: | Jan. 13, 2015 | Notice of Allowance Date: | Mar. 10, 2015 |
| Date Abandoned: | Apr. 16, 2018 | | |

## Mark Information

▼ Expand All

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Wine | | |
| International Class(es): | 033 - Primary Class | U.S Class(es): | 047, 049 |
| Class Status: | ACTIVE | | |
| Basis: | 1(b) | | |

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

EXHIBIT 1
PAGE 15

Privacy - Terms

- TM Staff and Location Information
- Assignment Abstract Of Title Information - Click to Load
- Proceedings - Click to Load

**EXHIBIT 1**
**PAGE  16**

Privacy - Terms