**EXHIBIT 4**

For assistance with TSDR, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See current trademark processing wait times for more information.

| STATUS | DOCUMENTS | | Back to Search | Print |



| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2021-08-22 13:34:07 EDT |
| Mark: | LICK IT UP |
| US Serial Number: | 86758686 |
| Application Filing Date: | Sep. 16, 2015 |
| Filed as TEAS Plus: | Yes |
| Currently TEAS Plus: | Yes |
| Register: | Principal |
| Mark Type: | Trademark |
| TM5 Common Status Descriptor: | DEAD/APPLICATION/Refused/Dismissed or Invalidated |
| | This trademark application was refused, dismissed, or invalidated by the O... and this application is no longer active. |
| Status: | Abandoned because no Statement of Use or Extension Request timely filed after Notice of Allowance was issued. To view... in this file, click on the Trademark Document Retrieval link at the top of this page. |
| Status Date: | Jun. 10, 2019 |
| Publication Date: | Mar. 15, 2016 |
| Notice of Allowance Date: | May 10, 2016 |
| Date Abandoned: | Jun. 10, 2019 |

**Mark Information**

**Goods and Services**

**Basis Information (Case Level)**

**Current Owner(s) Information**

**Attorney/Correspondence Information**

**Prosecution History**

**TM Staff and Location Information**

**Assignment Abstract Of Title Information - Click to Load**

**Proceedings - Click to Load**

EXHIBIT 4
PAGE 21

**EXHIBIT 4**
**PAGE 22**