1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| KISS CATALOG, LTD., | CASE NO. 2:21-CV-05240-CBM (PVCx) |
|---|---|
| Plaintiff, | ~~PROPOSED~~ FINAL JUDGMENT, INCLUDING PERMANENT INJUNCTION PURSUANT TO STIPULATION |
| vs. | |
| JB IMPORTS, LLC and DOES 1 through 20, inclusive, | JS-6 |
| Defendants. | |

1

1   Pursuant to the Stipulation of the parties, directly, or by and through their
2   attorneys,
3   **IT IS HEREBY ORDERED** that Defendant JB IMPORTS, LLC and its
4   agents, officers, employees, partners, owners, successors, assigns and representatives
5   and all persons acting in concert or participating with them, and each of them, are
6   hereby restrained and enjoined from manufacturing, marketing, advertising,
7   distribution, selling, attempting to sell, or causing to be sold wine using containers,
8   stickers or labels which utilize any of the registered or common law trademarks or
9   copyrighted works of KISS CATALOG, LTD or which list or feature the name KISS
10  or images of any of its members.
11  **IT IS HEREBY FURTHER ORDERED** that all claims and counterclaims of
12  KISS CATALOG, LTD. and JB IMPORTS, LLC are otherwise dismissed with
13  prejudice, and that each party is to bear its own costs and fees incurred in connection
14  with this matter.
15  Dated: September 7, 2021

_____
Consuelo B. Marshall
United States District Judge